UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGEL GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>J. GRONDOLSKY, Warden of FMC Devens,<br><br>    Respondent. | *<br>*<br>*<br>*<br>*   Civil Action  No. 12-12116-JLT<br>*<br>*<br>*<br>*<br>* |

ORDER

April 1, 2013

TAURO, J.

    This court ACCEPTS and ADOPTS the March 8, 2013 Report and Recommendation [#13] of Magistrate Judge Neiman.  For the reasons set forth in the Report and Recommendation, this court hereby orders that Respondent's Motion to Dismiss [#7] is ALLOWED and Petitioner's Petition for Writ of Habeas Corpus [#1] is DISMISSED WITHOUT PREJUDICE.  THIS CASE IS CLOSED.


IT IS SO ORDERED.

                                              /s/ Joseph L. Tauro
                                           United States District Judge